UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>Oscar Diaz-Landa<br>    Defendant. | No. CR 15mj71199 MAG<br><br>**ORDER - CJA CONTRIBUTIONS DUE** |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $300.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of 10/1/15 and the SAME DAY each month thereafter;

[X] MAIL TO:     Clerk, U.S. District Court
                      280 South First Street, Room 2112
                      San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO:     Clerk, U.S. District Court
                      280 South First Street, Room 2112
                      San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 9/15/15

_____
Howard R. Lloyd, U.S. Magistrate Judge